■ In the Matter of JUDY GAINES, Appellant, v. SPENCER GAINES, Respondent.— Order of the Family Court, Richmond County, dated February 1, 1974, affirmed insofar as appealed from, without costs. This affirmance is based upon the fact that respondent is voluntarily paying more for support than he is obligated to pay under the outstanding agreements between the parties, commensurate with his improved income. Were it not for this fact, appellant would be entitled to an increase. Gulotta, P. J., Martuscello, Latham, Christ and Benjamin, JJ., concur.